IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **GUEST HOUSE AT GRACELAND, LLC,** | ) | |
| | ) | |
| Plaintiff and Counter-Defendant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **PYRAMID TENNESSEE MANAGEMENT, LLC,** | ) | |
| | ) | No. 2:18-cv-02074-JTF-cgc |
| Defendant, Counter-Plaintiff, and Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **ELVIS PRESLEY ENTERPRISES, INC.,** | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

**PYRAMID TENNESSEE MANAGEMENT, LLC'S UNOPPOSED MOTION TO EXTEND RESPONSE DEADLINES**

Pyramid Tennessee Management, LLC ("Pyramid"), by and through undersigned counsel, respectfully submits this Unopposed Motion to Extend Response Deadlines and states as follows:

1. On March 29, 2018, Third-Party Defendant Elvis Presley Enterprises, Inc. ("EPE") filed its Motion for Judgment on the Pleadings. (Doc. 26.) Under Local Rule 12.1(b), Pyramid's response deadline is April 26, 2018.

2. On April 10, 2018, Plaintiff/Counter-Defendant Guest House at Graceland, LLC ("GHG") filed its Motion for Leave to Amend Complaint. (Doc. 33.) Under Local Rule 7.2(a)(2), Pyramid's response deadline is April 24, 2018.

3. Counsel for Pyramid has been in communication with counsel for EPE and GHG, who requested the following:

   a. That the deadline to respond to EPE's Motion for Judgment on the Pleadings be extended to May 25, 2018; and

   b. That the deadline to respond to GHG's Motion to Amend Complaint be extended to May 1, 2018.

4. Counsel for EPE and GHG advised that they do not oppose Pyramid's requests.

Pyramid therefore respectfully requests the Court enter an Order that provides that that the deadline to respond to EPE's Motion for Judgment on the Pleadings be extended to May 25, 2018; and the deadline to respond to GHG's Motion to Amend Complaint be extended to May 1, 2018.

DATED this 17th day of April 2018.

                               Respectfully submitted,

                               s/ Jonathan E. Nelson
John S. Golwen (B.P.R. #14324)
Jonathan E. Nelson (B.P.R. #28029)
BASS, BERRY & SIMS, PLC
100 Peabody Place, Suite 1300
Memphis, Tennessee 38103-3672
Telephone: (901) 543-5900
Email: jgolwen@bassberry.com
jenelson@bassberry.com

Gary S. Thompson (D.C. Bar No. 435315)
Kristin C. Davis (D.C. Bar No. 992882)
WEISBROD MATTEIS & COPLEY PLLC
1200 New Hampshire Avenue NW, Suite 600
Washington, District of Columbia 20036
Telephone: (202) 256-9910
Email: gthompson@wmclaw.com
kdavis@wmclaw.com

*Attorneys for Pyramid Tennessee Management Company, LLC*

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 17th day of April, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

s/ Jonathan E. Nelson